**Sharlotte Louise Robinsin IRVIN and Henry William Irvin, Plaintiffs/Appellants,**

v.

**FLORISSANT RESTAURANT COMPANY and Apple Partners Grill & Bar Limited Partnership, Defendants/Respondents.**

No. ED 76238.

Missouri Court of Appeals,
Eastern District,
Division One.

March 14, 2000.

Jack Allen, Clayton, for appellant.

Ralph Hart, St. Louis, for respondent.

Before: GARY M. GAERTNER, P.J., PAUL J. SIMON, J., and JAMES R. DOWD, J.

*ORDER*

PER CURIAM.

Plaintiff appeals the trial court's decision sustaining Defendant's Motion to Dismiss. We have reviewed the briefs of the parties and the record on appeal. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value.

The judgment is affirmed pursuant to Rule 84.16(b).